[No. 20627–3–I.  Division One.  September 6, 1988.]

AMERICAN MEMORIAL SERVICES, INC., ET AL, *Appellants,* v. JOHN SWANSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 87–2–07603–2, Liem E. Tuai, J., entered June

5, 1987. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Webster, J.